11497.  DALTON FRUIT & PRODUCE Co. *v.* CONNALLY, sheriff, *et al.*

BLOODWORTH, J.  The only exception to any ruling in this case is thus stated in the bill of exceptions:  " To the refusal of the court to allow the plaintiff to file traverses to the answers filed by the defendants in said case the plaintiff in error then and there excepted, and now excepts and assigns the same as error, because the same is contrary to law."  This is not an exception to a final judgment.  " A bill of exceptions .in which there is no exception to the final judgment does not confer jurisdiction upon this court, and the writ of error must be dismissed."  *Simmons* v. *Peagler,* 7 *Ga. App.* 252 (66 S. E. 629), and cit. See also *Lyndon* v. *Ga. Ry. & Electric Co.,* 129 *Ga.* 354 (3) (58 S. E. 1047) ; *Montgomery* v. *Reynolds,* 124 *Ga.* 1053 (53 S. E. 512), and cit.
    *Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*
                    DECIDED JULY 13, 1920.

Rule; from Whitfield superior court — Judge Tarver.  April 8, 1920.

*F. K. McCutchen,* for plaintiff.
*George G. Glenn, R. II. House,* for defendants.

---

11501.  TAYLOR *v.* HOLMES.

BLOODWORTH, J.  " An affidavit of illegality is not the proper remedy to arrest an execution and set aside a judgment, upon the ground that at the time of its rendition by the court, as being by default, there was an issuable plea of file and undisposed of."  *Tumlin* v. *O'Bryan,* 68 *Ga.* 65 (1).  See also *Greene* v. *Oliphant,* 64 *Ga.* 566 (1) ; *Brown* v. *Webb,* 121 *Ga.* 281 (1) (48 S. E. 917).  The court properly refused to sanction the certiorari.
                    *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
                    DECIDED JULY 13, 1920.

Certiorari; from Carroll superior court — Judge Terrell.  March 17, 1920.

*Boykin & Boykin,* for plaintiff in error.
*W. K. Fielder,* contra.